## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Angela Joy LaCombe** | § | **CASE NO. 20-00285** |
| | § | **Hon. Scott W. Dales** |
| **Debtor(s)** | § | **Filed: 1/24/2020** |

## COVERSHEET TO DEBTOR'S FIRST PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COMES Debtor, Angela Joy LaCombe**,** by and through her attorney, Jeffrey D. Mapes, and for her First Pre-Confirmation Amended Chapter 13 Plan, states as follows:

1.      The original Chapter 13 Plan was filed using an outdated Plan template.

The Plan remains unchanged in all aspects with the exception of formatting.

Dated: February 18, 2020          __/s/_____

Kim Kolbe, Legal Assistant
Jeffrey D. Mapes PLC
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503